# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Kennon Bradford      26436-034 )
_____ )
(full name)      (Register No). )
    )
    )
_____ )
     ) Case No._____
     Plaintiff(s). )
    )
    )
    )
United States of America, et al., )
_____ ) Defendants are sued in their (check one):
(Full name) )    _____ Individual Capacity
Warden Smith, Captain Cooper and )    _____ Official Capacity
Dr. Moose, Official & Individual Capacity. )     **x** Both
     Defendant(s).

## COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): __United States Medical Center for__

__Federal Prisoners[USMCFP], 1900 W. Sunshine, Springfield Missouri 65801__

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff __Kennon Bradford__      Register No. __26436-034__
       Address __USMCFP, P.O. Box 4000, Springfield, MO 638501__

    B. Defendant __Smith, Defedant Cooper and Defendent Moose__

       Is employed as __Government Officials at USMCFP, 1900 W. Sunshine, Springfield,__
               __MO 65801__

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:20-cv-03214-BP    Document 1    Filed 07/10/20    Page 1 of 5

III. Do your claims involve medical treatment?   Yes [X]   No [ ]

IV. Do you request a jury trial?   Yes [X]   No [ ]

V. Do you request money damages?   Yes [X]   No [ ]
State the amount claimed?   $ $1,000,000.00 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes [X]   No [ ]

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes [X]   No [ ]

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes [X]   No [ ]

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
__SEE ATTACHED ADMINISTRATIVE REMEDIES__

D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

1. A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case:   Yes [ ]   No [X]

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes [X]   No [ ]

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style:  Bradford v. United States of America, et al.
      (Plaintiff)         (Defendant)
(2) Date filed: 2017

(3) Court where filed:  Western District of Missouri, Southern Division

(4) Case Number and citation: No. 17-03060-CV-S-BP-P

2

Case 6:20-cv-03214-BP   Document 1   Filed 07/10/20   Page 2 of 5

(5) Basic claim made: Unconstitutional Deprivation by Solitary Confinement

(6) Date of disposition: 01/31/2019

(7) Disposition: Resolved

(Pending) (on appeal) (resolved)

(8) If resolved, state whether for:
Plaintiff

(Plaintiff) or (defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

P Personal Injury Tort, FTCA claim for physical, mental and emotional injuries, pain & suffering, Defendant(s) Smith, Cooper and Moose, respectively, were responsible to insure Plaintiff safety and health while being held in the USMCP Segrated Housing Unit(SHU) and (2) a Bivens action for 8th Amendment deprivations through "Cruel and Unusual Punishment"

when Defendant(s) Smith, Cooper and Moose, respectively, confined Plaintiff in unconstitutional conditions in the USMCP SHU; to wit: lack of exercise, sunlight, therapy and adequate medical care, resulting in diminished health, mental anguish and an emotional distressed state of mind

P

B. State briefly your legal theory or cite appropriate authority:
Personal Injury via FTCA for negligence and violation of 8th Amendment protections against "Cruel and Unusual Punishment"

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments

Monetary damages

3

Case 6:20-cv-03214-BP    Document 1    Filed 07/10/20    Page 3 of 5

X.   Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes [ ]   No [X]

If so, state the names(s) and address(es) of each lawyer contacted.

_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?   Yes [X]   No [ ]

If so, state the lawyers name and address.
Charles C. Eblen, #55166, Shook, Hardy & Bacon, LLP,
2555 Grand Boulevard, Kansas City, Missouri 64108-2613
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ____30th____ day of ____June____ 20_20_.

Kennon Bradford, #26436-034
_____
(Signatures of Plaintiff(s)

4

...dical Center for Federal Prisoners
...x 4600
...field, MD 65801

RECEIVED

2020 JUL 10 PH 1:57

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO.
KANSAS CITY, MO

United States District Court
Western District of Missouri
Clerk Office Room 1510

400 E 9th Street
Kansas City, MO 64106

Mail